UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                                    Criminal No. 12-cr-99-01-SM

Larry William Duby

O R D E R

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; Final Pretrial is rescheduled to February 7, 2013 at 3:00 p.m.; Trial is continued to the two-week period beginning February 20, 2013, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                Steven J. McAuliffe
                                                United States District Judge

Date: November 29, 2012

cc: Jeffrey S. Levin, Esq.
    Arnold Huftalen, Esq.
    U.S. Marshal
    U.S. Probation