UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

                                Criminal No. 12-cr-99-01-SM

        v.

Larry William Duby


                            O R D E R


        The assented to motion to reschedule jury trial (document no.
15) filed by defendant is granted; Final Pretrial is rescheduled to
May 10, 2013 at 3:30 PM; Trial is continued to the two-week period
beginning May 21, 2013, 9:30 AM.

        Defendant shall file a waiver of speedy trial rights within 10
days.  The court finds that the ends of justice served by granting
a continuance outweigh the best interest of the public and the
defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the
reasons set forth in the motion.


        SO ORDERED.

                                _____
                                Steven J. McAuliffe
                                United States District Judge


Date: February 6, 2013

cc:  Arnold Huftalen, Esq.
     Jeffrey Levin, Esq.
     U.S. Marshal
     U.S. Probation